ORIGINAL

FILED
07 MAY -7 PH 3:47

1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  The Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   Tel: 562-437-4301
4  Fax: 562-437-4341

6  Attorneys for Plaintiff
   MAERSK LINE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BZ

C 07 2443

| | |
|---|---|
| MAERSK LINE, | ) Case No. |
| | ) |
| Plaintiff, | ) IN ADMIRALTY |
| | ) |
| vs. | ) CERTIFICATION AS TO |
| | ) INTERESTED PARTIES |
| UNITED TRADING CO. business entity | ) |
| form unknown; BENSON EXEOFAR dba | ) |
| UNTIED TRADING CO. | ) |
| | ) |
| Defendants. | ) |
| | ) |

23  //
24  //
25  //
26  //
27  //
28  //

1   Certification as to Interested Parties

The undersigned counsel of record for plaintiff certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

    1.    Maersk Line

    2.    A.P. Moeller – Maersk A/S Trading, a Denmark corporation

Dated: May 4, 2007

By: *[signature]*
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
MAERSK LINE