Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tel: 562-437-4301
Fax: 562-437-4341


Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAERSK LINE, | Case No. C 07-2443 BZ |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| UNITED TRADING CO. business entity form unknown; BENSON EXEOFAR dba UNTIED TRADING CO. | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

//
//
//
//

In accordance with the provisions of Title 28, U.S.C. §636(c) the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 9, 2007

By: _____/s/_____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
MAERSK LINE