| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):    PLANTIFF | SBN 145206 | 562-437-4301<br><br>Ref. No. or File No.<br><br>798180/MAERSK VS UNITED | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT OF CALIFORNIA<br>450 GOLDEN GATE AVE. SAN FRANCISCO, CA. 91402 |

| Short Title of Case: |
|---|
| MAERSK LINE VS UNITED TRADING |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 388063 | | | | C 07 2443 BZ |

PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in the within action pursuant to F.R.Civ.P.4(c) and that I served the SUMMONS and COMPLAINT as follows:

SUMMONS IN A CIVIL CASE
COMPLAINT
CIVIL COVER SHEET
ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND
ADR DEADLINES
STANDING ORDERS-JUDGE ZIMMERMAN
STANDING ORDER FOR ALL JUDGES
WELCOME LETTER FROM CLERK
NOTICE OF ASSIGNMENT OF CASE
TO A UNITED STATES MAGISTRATE
JUDGE FOR TRIAL
CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES
DISTRICT JUDGE
ECF REGISTRATION INFORMATION
HANDOUT
CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

1. Name and title of person served: BENSON EXEOFAR DBA UNITED TRADING CO.

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct
DATE: 05/31/07                                                              SIGNATURE

| Attorney or Party Without Attorney (Name and Address) STEPHEN M. UTHOFF THE UTHOFF LAW CORPORATION 401 E OCEAN BLVD SUITE 710 LONG BEACH CA 90802 562-437-4301 Attorney For (Name): PLANTIFF | SBN 145206 | Telephone No. 562-437-4301 Ref. No. or File No. 798180/MAERSK VS UNITED | FOR COURT USE ONLY |
|---|---|---|---|
| Insert name of court and name of judicial district and branch court, if any. UNITED STATES DISTRICT COURT OF CALIFORNIA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA. 91402 ||||
| Short Title of Case: MAERSK LINE VS UNITED TRADING ||||
| Invoice No.: 388063 | Date: | Time: | Dep./Div.: | Case Number: C 07 2443 BZ |

2. Date and time of delivery: 05/21/07 , 07:21 PM

3. Place of service: RESIDENCE
   BUSINESS    36753 REYNOLDS DRIVE
               FREMONT CA 94536

                                           PERSONAL SERVICE
PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P.4d)
I declare under penalty of perjury that the foregoing document is true
and correct.

Executed at SIGNAL HILL, state of CALIFORNIA on 05/31/07

SERVED BY:P. MIRANDA  FEE FOR SERVICE: $33.00


SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ ] Employee or [ X ] Independant Contractor
(2) Registration No. 768
(3) County: SANTA CLARA
(4) Expiration:

I declare under penalty of perjury, under the laws of the State of California,and of the United States of America that the foregoing is true and correct.
DATE: 05/31/07                                              SIGNATURE