| Attorney or Party Without Attorney (Name and Address) | | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. UTHOFF                    SBN 145206 <br> THE UTHOFF LAW CORPORATION <br> 401 E OCEAN BLVD <br> SUITE 710 <br> LONG BEACH CA 90802 <br> 562-437-4301 <br> Attorney For (Name):    PLANTIFF | Telephone No. <br> 562-437-4301 <br><br> Ref. No. or File No. <br><br> 798180/MAERSK VS UNITED | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT OF CALIFORNIA <br> 450 GOLDEN GATE AVE. SAN FRANCISCO, CA. 91402 |

| Short Title of Case: |
|---|
| MAERSK LINE VS UNITED TRADING |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 388062 | | | | C 07 2443 BZ |

### PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant toF.R.Civ.P.4(c) and that I served the summons and complaint as follows:

        SUMMONS IN A CIVIL CASE
        COMPLAINT
        CIVIL COVER SHEET
        ORDER SETTING INITIAL CASE
        MANAGEMENT CONFERENCE AND
        ADR DEADLINES
        STANDING ORDERS-JUDGE ZIMMERMAN
        STANDING ORDER FOR ALL JUDGES
        WELCOME LETTER FROM CLERK
        NOTICE OF ASSIGNMENT OF CASE
        TO A UNITED STATES MAGISTRATE
        JUDGE FOR TRIAL
        CONSENT TO PROCEED BEFORE A
        UNITED STATES MAGISTRATE JUDGE
        DECLINATION TO PROCEED BEFORE A
        MAGISTRATE JUDGE AND REQUEST FOR
        REASSIGNMENT TO A UNITED STATES
        DISTRICT JUDGE
        ECF REGISTRATION INFORMATION
        HANDOUT
        CONSENT TO PROCEED BEFORE A
        UNITED STATES MAGISTRATE JUDGE

1.  Name and title of person served:

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California,and of the United States of America that the foregoing is true and correct

DATE:  05/31/07

SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | | | FOR COURT USE ONLY |
|---|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301 | SBN 145206 | Telephone No.<br>562-437-4301<br><br>Ref. No. or File No.<br><br>798180/MAERSK VS UNITED | |
| Attorney For (Name):     PLANTIFF | | | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT OF CALIFORNIA<br>450 GOLDEN GATE AVE. SAN FRANCISCO, CA. 91402 |

| Short Title of Case: |
|---|
| MAERSK LINE VS UNITED TRADING |

| Invoice No.:<br>388062 | Date: | Time: | Dep./Div.: | Case Number:<br>C 07 2443 BZ |
|---|---|---|---|---|

```
          UNITED TRADING CO. BUSINESS ENTITY FORM UNKNOWN
     2.  Person with whom left: BENSON EXEOFAR
                        OWNER (AUTHORIZED TO ACCEPT)
     3.  Date and time of delivery: 05/21/07 , 07:21 PM
     5.  Place of service:


                        36753 REYNOLDS DRIVE
                        FREMONT CA 94536


          PERSONAL SERVICE
     UPON A STATE OR MUNICIPAL CORPORATION OR OTHER GOVERNMENTAL ORGANIZATION
     THEREOF SUBJECT TO SUIT, F.R.Civ.P.4(h)(1) by
     delivering a copy of the summons and complaint to the chief executive
     officer thereof or by serving the summons and complaint in a manner
     prescribed by the law of that state for the summons or other like process
     upon any such defendant. (CCP 416.10b)


     I declare under the penalty of perjury that the foregoing document is
     and correct.
          PROOF OF SERVICE OF SUMMONS AND COMPLAINT
     Executed at SIGNAL HILL, state of CALIFORNIA on 05/31/07

     SERVED BY: P. MIRANDA  FEE FOR SERVICE: $71.00
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d.  Registered California process server
(1)  [  ] Employee or [ X ] Independant Contractor
(2)  Registration No. 768
(3)  County: SANTA CLARA
(4)  Expiration:

I declare under penalty of perjury, under the laws of the State of California,and of the United States of America that the foregoing is true and correct

DATE:  05/31/07                                          SIGNATURE